Caroline R. Guest, OSB No. 943280
caroline.guest@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:    503.552.2140
Fax:             503.224.4518

Attorneys for Defendant
CSL PLASMA INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| SAMANTHA BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSL PLASMA INC.,<br><br>　　　　Defendant. | Case No.: 3:16-cv-00038-SB<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant CSL Plasma Inc. ("CSL"), submits this corporate disclosure statement.  CSL is a wholly-owned subsidiary of CSL Behring LLC.  CSL Behring LLC is a wholly-owned subsidiary of CSL

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 – DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

Limited. CSL Limited is a publicly traded corporation on the Australian Stock Exchange with no parent company. No other publicly traded corporation owns 10 percent or more of Defendant CSL Plasma, Inc.'s stock.

Dated: January 11, 2016.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/ Caroline R. Guest
Caroline R. Guest, OSB No. 943280
caroline.guest@ogletreedeakins.com
503.552.2140

Attorneys for Defendant
CSL Plasma Inc.

2 – DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I served the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on:

Jennie L. Clark
Clark Law & Associates, LLC
6501 SW Macadam Ave, Suite E
Portland, OR 97239
jennie@clarklawandassociates.com

*Attorneys for Plaintiff*

- ■ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ■ by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

        By: s/ Riki Johnson
            riki.johnson@ogletreedeakins.com
            Telephone:  503.552.2140

23453368.1
011815.000112